# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **CRAIG BERNSTEIN,** <br><br> **Defendant.** | PO-18-5072-GF-JTJ <br> Violation No. 6563519 <br><br> ORDER |

Upon Motion of the Government, and with good cause shown,

**IT IS HEREBY ORDERED** that that the above violation citation is **DISMISSED** without prejudice.

DATED this 14th day of August 2018.

_____
John Johnston
United States Magistrate Judge